John D. PETTIGREW, Petitioner–Appellant,

v.

People of the State of CALIFORNIA, Thomas M. Hornung and Bill Lockyer, Respondents–Appellees.

No. 01–1627.

United States Court of Appeals, Federal Circuit.

Oct. 19, 2001.

Before MICHEL, RADER, and GAJARSA, Circuit Judges.

ORDER

RADER, Circuit Judge.

This court sua sponte determines whether it should transfer John D. Pettigrew's appeal to the United States Court of Appeals for the Ninth Circuit. .

Pettigrew appeals from an order of the United States District Court for the Southern District of California dismissing, without prejudice, his petition for a writ of habeas corpus for failure to file an amended petition that alleged exhaustion of state court remedies. Pettigrew appealed to this court.

This court is a court of limited jurisdiction. See 28 U.S.C. § 1295. Pettigrew's case, involving a petition for a writ of habeas corpus, does not fall within our jurisdiction.

Accordingly,

IT IS ORDERED THAT:

Pettigrew's appeal is transferred to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631.